UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS,<br><br>        Plaintiff,<br><br>    v.<br><br>DOES 1-130,<br><br>        Defendants.<br>_____/ | No. C-11-03826 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The Initial Case Management Conference previously scheduled for November 16, 2011 has been CONTINUED to **January 18, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **January 11, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

IT IS SO ORDERED.

Dated: November 9, 2011

_____
DONNA M. RYU
United States Magistrate Judge