United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS,     No. C-11-03826 DMR

    Plaintiff,

    v.

DOE 1,

    Defendant.
_____/

**ORDER TAKING PLAINTIFF'S MOTION FOR CLARIFYING ORDER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

The court has received Plaintiff's Motion for Clarifying Order (Docket No. 14), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the December 22, 2011 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: December 15, 2011

IT IS SO ORDERED
*[signature]*
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge