UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS,<br><br>        Plaintiff,<br><br>    v.<br><br>DOE 1,<br><br>        Defendant.<br>_____/ | No. C-11-03826 DMR<br><br>**ORDER TAKING PLAINTIFF'S MOTION FOR CLARIFYING ORDER UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

The court has received Plaintiff's Motion for Clarifying Order (Docket No. 14), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the December 22, 2011 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: December 15, 2011

                                                                      _____<br>                                                                        DONNA M. RYU<br>                                                                        United States Magistrate Judge

United States District Court
For the Northern District of California