Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | **No. C-11-03826 DMR** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | [**PROPOSED**] **ORDER GRANTING PLAINTIFF'S APPLICATION TO TAKE FURTHER ACTION; FINDING PREVIOUS MOTION MOOT** |
| DOE 1, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING PLAINTIFF'S APPLICATION TO TAKE FURTHER ACTION; FINDING PREVIOUS MOTION MOOT**

On December 19, 2011, Plaintiff filed its Application to Take Further Action in this case. *See* Docket No. 16. Having considered Plaintiff's papers and the accompanying declaration, the Court hereby **GRANTS** Plaintiff's Application. The Court **ORDERS** that Plaintiff may attempt to contact the subscriber identified in the ISP subpoena return in a manner consistent with the representations that Plaintiff made in its notice. Plaintiff may take no formal discovery without leave of the court.

In light of this, the Court finds that Plaintiff's Motion for Clarifying Order filed on November 17, 2011, is hereby **DENIED** as **MOOT**.

**IT IS HEREBY FURTHER ORDERED** that the Initial Case Management Conference, curently set for January 18, 2011, is hereby **CONTINUED** to February 29, 2012.

This order disposes of Docket Nos. 14, and 16.

IT IS SO ORDERED.

DATED:   December 27, 2011



_____
Donna M. Ryu
United States Magistrate Judge