1  Brett L. Gibbs, Esq. (SBN 251000)
   Of Counsel to Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10

11
   HARD DRIVE PRODUCTIONS, INC.,          )      **No. C-11-03826 DMR**
12                                         )
                     Plaintiff,            )      **RULE 26(f) REPORT**
13          v.                             )
                                           )
14  DOE 1,                                 )
                                           )
15                   Defendant.            )
                                           )
16  _____   )

17

18                           **RULE 26(f) REPORT**

19          Plaintiff Hard Drive Productions, Inc., by and through its counsel, hereby submits this Rule

20  26(f) Report pursuant to the Court's Order Setting Initial Case Management Conference and ADR

21  Deadlines (Doc. No. 3), Federal Rules of Civil Procedure (hereinafter "FRCP") Rules 26(a)(1) and

22  26(f), and Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a):

23  **1. Individuals Likely to Have Discoverable Information:**

24          • Paul Pilcher, CEO of Hard Drive Productions, Inc.

25          • Peter Hansmeier – 161 North Clark Street, Suite 3200, Chicago, Ill., 60601.

26          • Person Most Knowledgeable ("PMK") at Internet Service Providers in their Subpoena

27             Department – Custodian of Records at Verizon Online.

28

- Account Holder of IP address 108.0.175.48 – Identifying Information Currently Unknown.

- Doe 1 – Identifying Information Currently Unknown.[1]

- Plaintiff reserves the right to add to this list of individuals identified as necessary in the future.

## 2. Documents, Electronically Stored Information, and Tangible Things:

- Physical Documents – Plaintiff's copyright records.

- Electronically Stored Information – BitTorrent auditor, forensic information demonstrating infringing activity over the BitTorrent.

## 3. Projected Discovery Timelines:

At this point, any projected timelines are premature for reasons explained in Plaintiff's Case Management Conference Statement. (*See* ECF No. 19).

## 4. Subjects on Which Discovery, Including Electronic Discovery, Will be Needed:

Per our records, the identifying information relating to the currently outstanding subpoena in this case was due February 17, 2012.  The information did not arrive on that date.  An inquiry email from Prenda Law was sent to an individual in the Verizon Online subpoena department on February 22, 2012, regarding the status of that information, and that individual responded by saying, "I will process this case right away." Should this process take over a week, Plaintiff would be forced to file a Motion to Compel.  Plaintiff is trying to meet and confer with Verizon in good faith, and hopefully resolve any potential issues without having to involve the Court at this point.

While further discovery may be necessary to identify the infringer once Plaintiff receives identifying information from account holder associated with IP holder 108.0.175.48, that is not applicable at this time.  Once Plaintiff receives the information form the ISP, it will contact the account holder, and move forward with this case in hopes to ultimately identify, and name, the

---

[1] Whether Doe 1 and the Account Holder of IP Address 108.0.175.48 are one and the same is unknown at this point.

infringing defendant in this case.  Currently, the only currently known discovery necessary is the subpoena that was already sent to Verizon Online.  Plaintiff is awaiting a response from Verizon to see where its case will go from there.

**5. Objections:**

Plaintiff objects to the Court requiring Plaintiff to make any projected deadlines in this case at this time.

**6. Discovery Motion Currently Pending:**

N/A.

**7. Other Issues:**

N/A.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: February 23, 2012**

By:      /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

3

The undersigned hereby certifies that on February 23, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

4

5

6

/s/  Brett L. Gibbs

7

Brett L. Gibbs, Esq.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4