UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS,<br><br>        Plaintiff,<br><br>    v.<br><br>DOE 1,<br><br>        Defendant.<br>_____/ | No. C 11-03826 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Initial Case Management Conference previously scheduled for March 28, 2012 has been CONTINUED to **May 2, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **April 25, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

      IT IS SO ORDERED.

Dated: March 22, 2012

                                                           DONNA M. RYU<br>
                                                            United States Magistrate Judge

Case4:11-cv-03826-DMR Document23 Filed03/22/12 Page2 of 2