UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS,<br><br>       Plaintiff,<br><br>  v.<br><br>DOE 1,<br><br>       Defendant.<br>_____/ | No. C 11-03826 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND REQUIRING PLAINTIFF TO FILE MOTION FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

It is ordered that the Initial Case Management Conference previously scheduled for May 2, 2012 is CONTINUED to **June 13, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **June 6, 2012.**  All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

It is further ordered that Plaintiff must file and serve a motion for leave to conduct the discovery described in its case management statement dated April 25, 2012.  Any opposition to such a motion must be filed within seven days after the motion is filed on the court docket.  The matter will be deemed submitted on the papers on the day after the opposition is due.

Plaintiff shall serve Subscriber 108.0.175.48 with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: April 26, 2012

_____
DONNA M. RYU
United States Magistrate Judge