AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Hard Drive Productions, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:11-cv-03826 DMR |
| John Doe and Soukha Phimpasouk | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Soukha Phimpasouk
    15335 Legendary Drive
    Moreno Valley, California 92555

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brett L. Gibbs, Esq.
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, California 94941

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 16 2012

VALERIE KYONO
*Signature of Clerk or Deputy Clerk*