UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | No. C 11-03826 DMR |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| DOE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

It is ordered that the Initial Case Management Conference previously scheduled for June 13, 2012 is CONTINUED to **July 18, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **July 11, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

Plaintiff shall serve Defendant Phimpasouk with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: June 6, 2012

DONNA M. RYU
United States Magistrate Judge