UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,

        Plaintiff,

    v.

DOE, et al.,

        Defendants.
_____/

No. C 11-03826 DMR

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    It is ordered that the Initial Case Management Conference previously scheduled for June 13, 2012 is CONTINUED to **July 18, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **July 11, 2012.**  All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

    Plaintiff shall serve Defendant Phimpasouk with a copy of this Order and file a proof of service with the court.

    IT IS SO ORDERED.

Dated: June 6, 2012

_____
DONNA M. RYU
United States Magistrate Judge