Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> JOHN DOE AND SOUKHA PHIMPASOUK, <br><br> Defendants. | **No. 4:11-cv-03826 DMR** <br><br> **PLAINTIFF'S REQUEST TO ENTER DEFAULT** |

### PLAINTIFF'S REQUEST TO ENTER DEFAULT

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff Hard Drive Productions, Inc., by and through its counsel, hereby requests that the Clerk of the above-entitled Court enter default in this matter pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 55(a) against Defendant Soukha Phimpasouk on the ground that said defendant has failed to appear or otherwise respond to Plaintiff's Amended Complaint within the time prescribed by the FRCP Rule 12(a). Plaintiff served the Amended Complaint on Defendant Soukha Phimpasouk on May 22, 2012, evidenced by the proof of service of summons already on file with this Court and attached hereto as Exhibit A. (*See* Declaration of Brett L. Gibbs Supporting Plaintiff's Request to Enter Default at ¶¶ 2, 3.)

Despite being properly served, Defendant Soukha Phimpasouk has not responded, either through an answer or a motion, to Plaintiff's Amended Complaint within the time provided in the Federal Rules of Civil Procedure nor has Defendant Soukha Phimpasouk appeared in this case. (*See* Declaration of Brett L. Gibbs Supporting Plaintiff's Request to Enter Default at ¶ 4.) Further, Defendant Soukha Phimpasouk is neither a minor nor an incompetent person. (*See* Declaration of Brett L. Gibbs Supporting Plaintiff's Request to Enter Default at ¶¶ 2-4.) For the forgoing reasons, Plaintiff respectfully requests that the Clerk of Court enter default as to Defendant Soukha Phimpasouk.

The above stated facts are set forth in the accompanying Declaration of Brett L. Gibbs Supporting Plaintiff's Request to Enter Default, filed herewith.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: June 13, 2012**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 13, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45. In addition, Defendant Soukha Phimpasouk was served by U.S. mail postage prepaid consistent with the Federal Rules of Civil Procedure at the following last known residential address:

Soukha Phimpasouk
15335 Legendary Dr.
Moreno Valley, CA 92555

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.