1

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.

2

38 Miller Avenue, #263
Mill Valley, CA 94941

3

415-325-5900
blgibbs@wefightpiracy.com

4

5

*Attorney for Plaintiff*

6

7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

NORTHERN DISTRICT OF CALIFORNIA

9

OAKLAND DIVISION

10

11

12

HARD DRIVE PRODUCTIONS, INC.,      )            **No. C-11-03826 DMR**
                                   )
13                   Plaintiff,    )            **DECLARATION OF BRETT L. GIBBS**
        v.                         )            **SUPPORTING PLAINTIFF'S REQUEST**
14                                 )            **TO ENTER DEFAULT**
     JOHN DOE AND SOUKHA           )
     PHIMPASOUK,                   )
15                                 )
                                   )
16                   Defendants.   )
                                   )
17 _____)

18      **DECLARATION OF BRETT L. GIBBS SUPPORTING PLAINTIFF'S REQUEST TO
                                ENTER DEFAULT**

19

20      I, Brett L. Gibbs, declare as follows:

21      1.      I am an attorney at law licensed to practice in California, and admitted in the

22 Northern District of California.  My business address is 38 Miller Avenue, #263, Mill Valley, CA,

23 94941.  I am counsel of record for Plaintiff in this matter.

24      2.      Attached hereto as Exhibit A is a true and correct copy of a document entitled

25 "United States District Court Declaration of Service" whereby a licensed process server has sworn

26 under the penalty of perjury that he effectuated personal service in accordance with Federal Rule of

27 Civil Procedure Rule 4(e).

28

3.      On information and belief, all necessary forms, including the summons and amended complaint, were in fact served on an individual of suitable age and discretion to accept such service who also resides at the residence with Soukha Phimpasouk at 15335 Legendary Drive, Moreno Valley, California 92555.  On information and belief, Plaintiff has satisfactorily served process on Defendant Soukha Phimpasouk.   Defendant Soukha Phimpasouk is neither a minor nor an incompetent person.

4.      Defendant Soukha Phimpasouk has failed to respond to Plaintiff's Amended Complaint within the specific time parameters laid out in the Federal Rules of Civil Procedure.

5.      I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true.  If called upon to testify, I can and will competently testify as set forth above.

**DATED:  June 13, 2012**

By:      ____/s/  Brett L. Gibbs,_____