# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER  312-344-3207 | FOR COURT USE ONLY |
|---|---|---|
| Prenda Law<br>161 N. Clark St. Ste 814<br>Chicago, IL 60601<br>ATTORNEY FOR     Plaintiff | Ref. No. or File No.<br>03826 | |
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Hard Drive Productions, Inc. vs John Doe and Soukha Phimpasouk | | |
| INVOICE NO.  DATE:   TIME:   DEP./DIV.<br>837483 | | CASE NUMBER:<br>4:11-cv-03826-DMR |

United States District Court
Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons in a Civil Actions; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order; Order Continuing Initial Case Management Conference and Requiring Plaintiff to File Motion for Discovery; Amended Complaint; Consent to Proceed Before a Magistrate Judge; Magistrate to Proceed Before a Magistrate Judge and Request for Reassignment to a US District Judge; .; .; .; .; .; .;

On: Soukha Phimpasouk

At: 15335 Legendary Drive
    Moreno Valley, CA 92555

I left the Summons at the individual's residence or usual place of abode with:

INTA PHIMSOUK
Whose title is: FATHER & CO-OCCUPANT, a person of suitable age and discretion who resides there

On: 5/22/2012                          At: 04:50 PM

A declaration of mailing is attached

Person who served papers
  a. Name: Jeffery Dunn, Sr.
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565
  d. The fee for this service was: 105.00
  e. I am:
  (3) [X] a registered CA process server:
        (i) [X] Independent Contractor
        (ii) Registration No.: 1149

CONTINUED ON NEXT PAGE

Declaration of Service

| PLAINTIFF/PETITIONER: Hard Drive Productions, Inc.<br>DEFENDANT/RESPONDENT: John Doe and Soukha Phimpasouk | CASE NUMBER:<br>4:11-cv-03826-DMR |
|---|---|

     (iii) County: San Bernardino

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

5/23/2012

Jeffery Dunn, Sr.

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-14

**Declaration of Service**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>312-344-3207 | FOR COURT USE ONLY |
|---|---|---|
| Prenda Law<br>161 N. Clark St. Ste 814<br>Chicago, IL 60601<br>ATTORNEY FOR    Plaintiff | Ref. No. or File No.<br>03826 | |

| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, SAN FRANCISCO |
|---|
| 450 Golden Gate Ave<br>San Francisco, CA 94102 |

| SHORT TITLE OF CASE: |
|---|
| Hard Drive Productions, Inc. vs John Doe and Soukha Phimpasouk |

| INVOICE NO.<br>837483 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>4:11-cv-03826-DMR |
|---|---|---|---|---|

United States District Court
Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 05/23/2012, I served the within:

Summons in a Civil Actions; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order; Order Continuing Initial Case Management Conference and Requiring Plaintiff to File Motion for Discovery; Amended Complaint; Consent to Proceed Before a Magistrate Judge; Magistrate to Proceed Before a Magistrate Judge and Request for Reassignment to a US District Judge; .; .; .; .; .; .;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Chino Hills, California, addressed as follows:

Soukha Phimpasouk
15335 Legendary Drive
Moreno Valley, CA 92555

Declarant:
  a. Name: Patricia Gonzalez
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565
  d. The fee for this service was: 105.00
  e. I am:
  (3) [X] a registered California process server:
     (i) [X] Employee
     (ii) Registration No.: 1086
     (iii) County: San Bernardino

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

5/23/2012

Patricia Gonzalez

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-14     >     *Patricia Gonzalez* (signature)

Declaration of Service by Mail