United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,

        Plaintiff,

    v.

DOE, et al.,

        Defendants.

_____/

No. C 11-03826 DMR

**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Default having been entered against Defendant Phimpasouk on June 14, 2012, IT IS HEREBY ORDERED that the Initial Case Management Conference previously scheduled **for** July 18, 2012 is VACATED.  Plaintiff must notice and file a motion for default judgment by no later than July 31, 2012.

    Plaintiff shall serve Defendant Phimpasouk with a copy of this Order and file a proof of service with the court.

    **IT IS SO ORDERED.**

Dated:  July 11, 2012

_____
DONNA M. RYU
United States Magistrate Judge