**United States District Court**
For the Northern District of California

1
2
3
4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6

7    HARD DRIVE PRODUCTIONS, INC.,              No. C 11-03826 DMR

8                     Plaintiff,               **ORDER VACATING INITIAL CASE**
                                               **MANAGEMENT CONFERENCE AND**
9           v.                                 **SETTING DEADLINE TO FILE**
                                               **MOTION FOR DEFAULT JUDGMENT**
10   DOE, et al.,

11                    Defendants.
                                          /
12

13   TO ALL PARTIES AND COUNSEL OF RECORD:

14          Default having been entered against Defendant Phimpasouk on June 14, 2012, IT IS

15   HEREBY ORDERED that the Initial Case Management Conference previously scheduled **for** July

16   18, 2012 is VACATED.  Plaintiff must notice and file a motion for default judgment by no later than

17   July 31, 2012.

18          Plaintiff shall serve Defendant Phimpasouk with a copy of this Order and file a proof of

19   service with the court.

20          **IT IS SO ORDERED.**

21   Dated:  July 11, 2012

22                                             _____
                                               DONNA M. RYU
23                                             United States Magistrate Judge

24

25

26

27

28