Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DOE 1, ) <br> ) <br> Defendant. ) <br> ) | **Case No. C 11--03826** <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Prenda Law Inc. whose address is 161 N. Clark St. Ste 814, Chicago, IL 60601.  I am not a party to the within cause, I am over the age of eighteen years.

I further declare that on July 12, 2012, I served a copy of:

**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE MOTION FOR DEFAULT JUDGEMENT.**

    X    **BY U.S. MAIL CERTIFIED [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with certified postage thereon fully prepaid, addressed as follows, for collection and mailing at a federal post office.

**Soukha Phimpasouk**
**15335 Legendary Dr.**
**Moreno Valley, CA 92555**

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 12th day of July, 2012.

<u>  Angela Van Den Hemel  </u>                           <u>  /s/  </u>
       (Typed)                                                          (Signature)