United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS,　　　　　　　　　No. C 11-03826 DMR

　　　　　Plaintiff(s),　　　　　　　　　　　**ORDER TO SUBMIT STATUS UPDATE**

　　v.

DOES 1-130,

　　　　　Defendant(s).
_____/

On September 10, 2012, the court set aside the entry of default against Soukha Phimpasouk and struck the Second Amended Complaint. [Docket No. 45.] Plaintiff has taken no further action in the litigation. The court hereby ORDERS Plaintiff to submit a status update to the court by November 9, 2012.

IT IS SO ORDERED.

Dated: November 1, 2012

DONNA M. RYU
United States Magistrate Judge