UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, | No. C 11-03826 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT STATUS UPDATE** |
| v. | |
| DOES 1-130, | |
| Defendant(s). | |

On September 10, 2012, the court set aside the entry of default against Soukha Phimpasouk and struck the Second Amended Complaint. [Docket No. 45.] Plaintiff has taken no further action in the litigation. The court hereby ORDERS Plaintiff to submit a status update to the court by November 9, 2012.

IT IS SO ORDERED.

Dated: November 1, 2012

DONNA M. RYU
United States Magistrate Judge